BANK OF COMMERCE v. McAFEE, next friend, *et al.*

SIMMONS, C. J. The evidence being conflicting, there was no abuse of discretion in refusing an injunction.

*Judgment affirmed. All the Justices concurring.*

Submitted December 11, 1899.—Decided January 29, 1900.

Petition for injunction. Before Judge Lumpkin. Fulton superior court. March term, 1899.

*C. J. Haden, J. L. Travis,* and *C. J. Simmons,* for plaintiff.
*Arnold & Arnold,* for defendants.